**MCFARLIN LLP**
Timothy G. McFarlin (State Bar No. 223378)
Email: tim@mcfarlinlaw.com
Jarrod Y. Nakano (State Bar No. 235548)
Email: jarrod@mcfarlinlaw.com
Hayden T. Traver (State Bar No. 317428)
Email: hayden@mcfarlinlaw.com
4 Park Plaza, Suite 1025
Irvine, California 92614
Telephone: (949) 544-2640
Fax: (949) 336-7612

Attorneys for Plaintiff
GUY FAIRON

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| GUY FAIRON, an Individual, | Case No.: 8:18-cv-01429 |
| Plaintiff, | Judge: Hon. James V. Selna<br>Dept: 10C |
| v. | |
| SPOONS BAR & GRILL, a business of unknown form; TRAVIS TIRET PARTNERSHIP, L.P., a California limited partnership; and Does 1-10, Inclusive , | **ORDER FOR JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE.** |
| Defendants. | |

- 1 -

NOTICE OF VOLUNARY DISMISSAL OF ENTIRE ACTION.

WHEREAS, Defendant SPOONS BAR & GRILL ("SPOONS"), TRAVIS TIRET PARTNERSHIP, L.P., ("TIRET") (collectively, the "Defendants") on one hand, and Plaintiff GUY FAIRON ("FARION") on the other hand, stipulated, through their respective attorneys of record, pursuant to Federal Rule of Civil Procedure Rule 41(a), that all claims and demands asserted by FAIRON in this action shall be dismissed with prejudice, each party to bear their own costs and attorney's fees; and

WHEREAS, it appears to the Court that the terms of the stipulation appear proper, and upon good cause showing,

IT IS HEREBY ORDERED that all claims and demands asserted by FAIRON in this action shall be and hereby are dismissed.

IT IS HEREBY ORDERED with prejudice, each party to bear their own costs and attorney's fees.

DATED: *November 26, 2018*          UNITED STATES DISTRICT COURT

By: _____
    Hon. JAMES V. SELNA